C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:           )          No. B-10-81248  C-13D
Phillip L. Williams, Sr.    )
Allyson E. Williams         )          ORDER
                            )
    Debtor(s)              )

On May 12, 2011, a hearing was held on the Standing Trustee's motion for dismissal of this case because of the Debtor's(s') failure to make payments. At the hearing, the Standing Trustee stated that the Debtor(s) had made arrangements of the continuation of payments under the plan, by and through a payroll deduction, to insure that a full monthly payment would be received by the Chapter 13 Office no later than the last day of each month; therefore, it is

ORDERED that the Standing Trustee's motion for dismissal is hereby denied without prejudice; and, it is further

ORDERED that the Debtor(s) shall make all payments due under this plan by and through a payroll deduction and that a full monthly payment shall be received at the Chapter 13 Office no later than the last day of each month; and, it is further

ORDERED that in the event the Chapter 13 Office shall fail to receive a full monthly payment on or before the last day of each month for the next succeeding 12 months from the entry of this Order, the Standing Trustee shall notify this Court and an automatic dismissal shall be entered without further hearing.

**PARTIES IN INTEREST**
Page 1 of 1
**10-81248 C-13D**

Phillip L. Williams, Sr.
Allyson E. Williams
504 Stonelick Dr.
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702